FILED
AUG 24 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RA DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12CR3481-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) **CONSENT TO DEFERRED PROSECUTION HEARING IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE** |
| FLOYD LANDIS, | ) |
| Defendant. | ) |

I have been advised by my attorney and by United States Magistrate Judge Jan M. Adler of my right to enter a deferred prosecution agreement ("DPA") in this case before United States District Judge Roger T. Benitez. I hereby declare my intention to be arraigned on a felony Information and enter the DPA in the above case, and I request and consent to have my DPA taken by Magistrate Judge Adler.

I understand that if the DPA is taken by Magistrate Judge Adler, and the Court recommends that the DPA be accepted, District Judge Benitez will then decide whether to accept or reject the DPA. I further understand that District Judge Benitez will adjudicate issues, if any, related to the DPA, including my compliance with its terms and conditions.

12CR3481-BEN

1  I further understand that any objections to Magistrate Judge
2  Adler's findings and recommendation must be filed within 14 days of
3  the entry of the DPA.

Dated: 8/24/2012

Floyd Landis
Defendant

Dated: 8-24-2012

Leo Cunningham
Counsel for Floyd Landis

Dated: AUG 24, 2012

Phillip L.B. Halpern
Assistant U.S. Attorney

Dated: Aug 24, 2012

Peter J. Mazza
Assistant U.S. Attorney