UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR3481-BEN |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION FOR ORDER OF RESTITUTION** |
| FLOYD LANDIS, ) | |
| Defendant. ) | |

The parties, United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Phillip L.B. Halpern and Peter J. Mazza, Assistant U.S. Attorneys, and Defendant Floyd Landis, by and through his counsel, Leo Cunningham, jointly move the Court to order restitution in the amount of $478,354.54 to be paid by Defendant pursuant to 18 U.S.C. § 3663A, and in accordance with the terms and conditions stated in the Deferred Prosecution Agreement ("DPA") (Doc. No. 5), entered by the parties on August 24, 2012. As noted in the DPA, the parties agree that identified donors may decline restitution. Therefore, the parties request that the Court's order permit the United States to

//

//

//

notify the Clerk of Court of the identity of any donor who declines restitution and the amount by which the total restitution figure is correspondingly reduced.

DATED: March 6, 2013.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/ Peter J. Mazza
PHILLIP L.B. HALPERN
PETER J. MAZZA
Assistant U.S. Attorneys

s/ Leo Cunningham
LEO CUNNINGHAM
Counsel for
Defendant Floyd Landis

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FLOYD LANDIS,<br><br>　　　　　　Defendant. | ) Case No. 12CR3481-BEN<br>)<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

IT IS HEREBY CERTIFIED that:

I, Peter J. Mazza, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of the parties' Joint Motion for an Order of Restitution, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

　　(1)　Leo Cunningham

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2013　　　　　　*s/ Peter J. Mazza*
　　　　　　　　　　　　　　　　　PETER J. MAZZA
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

3