LAURA E. DUFFY
United States Attorney
PHILLIP L.B. HALPERN
Assistant U.S. Attorney
California Bar No. 133370
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6964
Fax: (619) 546-0450
Email: Phillip.Halpern@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR3481-BEN |
| Plaintiff, | MOTION TO DISMISS INFORMATION |
| v. | |
| FLOYD LANDIS, | |
| Defendant. | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and Phillip L.B. Halpern, Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, with prejudice, the Information in the above-captioned case.

On August 24, 2012, the Defendant and Plaintiff executed and filed a Deferred Prosecution Agreement ("DPA") for a period of 36 months [Clerk's Record 5]. The gravamen of the underlying charges was that Mr. Landis – in connection with raising money to pay for his defense in an administrative action brought against him by the United States Anti-Doping Agency – misled potential contributors about his prior use of performance enhancing drugs during his professional cycling career.

//

On March 8, 2013, based on a joint motion of the parties, this Court ordered Mr. Landis to pay restitution in the amount of $478,354.54 pursuant to 18 U.S.C. § 3663A [Clerk's Record 14].  Mr. Landis made his first restitution payment in the amount of $10,000, which the United States Attorney's Office acknowledged on approximately May 28, 2013.  Pursuant to its express terms, Mr. Landis understands and agrees that this Restitution Order by the Court will survive the termination of his period of deferred prosecution.  DPA at 8, VII lines 22-25.

To date, the Mr. Landis has complied with all terms and conditions of the DPA and it will be fulfilled on August 24, 2015.  Accordingly, at Defendant's request and pursuant to the terms of the DPA, the United States moves that this Court dismiss the Information on or before the agreed upon expiration date.  DPA at 2, I.B lines 14-17.

DATED: August 19, 2015.

Respectfully submitted,
LAURA E. DUFFY
United States Attorney

*s/ Phillip L.B. Halpern*
PHILLIP L.B. HALPERN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 12CR3481-BEN |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| FLOYD LANDIS, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, Phillip L.B. Halpern, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Motion to Dismiss Information** on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System.

1. Leo Cunningham, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 19, 2015.          *s/ Phillip L.B. Halpern*
                                  PHILLIP L.B. HALPERN
                                  Assistant U.S. Attorney