UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLOYD LANDIS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 12CR3481-BEN <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

Upon motion of the UNITED STATES OF AMERICA pursuant to the express terms of the parties Deferred Prosecution Agreement and in the interests of justice,

IT IS HEREBY ORDERED that the Information (but not the Court's Order of Restitution) in the above entitled case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: 8/20/15

_____
HONORABLE JAN M. ADLER
United States Magistrate Judge